# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket no. 2:12-cv-168-GZS |
| | ) |
| JUDGE WODRUFF, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 20, 2012, Plaintiff has filed a civil complaint. The Complaint was accompanied by neither an application to proceed in forma pauperis nor the $350.00 filing fee. The Court still has not received any payment of the required filing fee.

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis* to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than May 31, 2012, failing which this matter be dismissed for lack of prosecution.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 24th day of May, 2012.